BUTLER SNOW LLP
TARA L. BLAKE (CA-314471)
Tara.Blake@butlersnow.com
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone:  (615) 651-6700
Facsimile:   (615) 651-6701

ATTORNEY FOR SUNBELT RENTALS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC.,<br><br>             Plaintiff,<br><br>         v.<br><br>SITE DEVELOPMENT GROUP AND THOMAS HUNTER<br><br>             Defendants. | Case No.   8:21-cv-00895-CJC-KES<br><br>**Consent Judgment**<br><br>Date:<br>Judge: |

The Court orders and adjudges that Site Development Group and Thomas Hunter (collectively "Defendants") are jointly and severally liable to Sunbelt Rentals, Inc. ("Sunbelt") in the amount of $110,000.00, less any payments reflected as Exhibit 1. in the accounting attached to this judgment. Defendants are also liable to Sunbelt for attorneys' fees associated with Defendants' default under the settlement agreement with Sunbelt and for post-judgment interest, which will accrue pursuant to 28 U.S.C. § 1961. Sunbelt may file a motion showing the reasonableness of its

1

**Exhibit A - 1**

attorneys' fees pursuant to Rule 54(d) of the Federal Rules of Civil Procedure within fourteen days the entry of this judgment by the Court.

SO ORDERED AND ADJUDGED on ___May 31___, 202_3_.

_____
U.S. DISTRICT COURT JUDGE

Agreed to by:

/s/Tara Blake
_____
Tara Blake
Attorney for Sunbelt Rentals


_____
Thomas Hunter (in his individual capacity)


_____
Thomas Hunter, Secretary
Site Development Group

[NOTARIZATION FOLLOWS ON NEXT PAGE]

2

Exhibit A - 1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF ORANGE

On __2/28/22__ before me, __J. RANDOLPH__, Notary Public, personally appeared THOMAS HUNTER, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

J. Randolph
COMMISSION # 2321221
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires: 11 Feb 2024

_____
Notary Public

3

**Exhibit A - 1**



EXHIBIT 1

debtor to pay 2-5k pmts 2/28/22 & 3/15/22 - followed by 30 monthly pmts of $3,333.33 due 4/1 & 1st thereafter

| | Per Agreement | | Actual Pmts Made | | Settlement Amt |
|---|---|---|---|---|---|
| | Pmt Due Date | Amt Due | Pmt Date | Pmt Amt | |
| 1st upfront | 2/28/2022 | 5,000.00 | 3/1/2022 | 5,000.00 | 109,999.90 |
| 2nd upfront | 3/15/2022 | 5,000.00 | 3/23/2022 | 5,000.00 | 104,999.90 |
| 1 | 4/1/2022 | 3,333.33 | 4/4/2022 | 3,333.33 | 99,999.90 |
| 2 | 5/1/2022 | 3,333.33 | 5/2/2022 | 3,333.33 | 96,666.57 |
| 3 | 6/1/2022 | 3,333.33 | 6/1/2022 | 3,333.33 | 93,333.24 |
| 4 | 7/1/2022 | 3,333.33 | 7/1/2022 | 3,333.33 | 89,999.91 |
| 5 | 8/1/2022 | 3,333.33 | 8/1/2022 | 3,333.33 | 86,666.58 |
| 6 | 9/1/2022 | 3,333.33 | 9/14/2022 | 3,333.33 | 83,333.25 |
| 7 | 10/1/2022 | 3,333.33 | 12/2/2022 | 3,333.33 | 79,999.92 |
| 8 | 11/1/2022 | 3,333.33 | 12/2/2022 | 3,333.33 | 76,666.59 |
| 9 | 12/1/2022 | 3,333.33 | 2/9/2023 | 3,333.33 | 73,333.26 |
| 10 | 1/1/2023 | 3,333.33 | | | 69,999.93 |
| 11 | 2/1/2023 | 3,333.33 | | | 69,999.93 |
| 12 | 3/1/2023 | 3,333.33 | | | 69,999.93 |
| 13 | 4/1/2023 | 3,333.33 | | | 69,999.93 |
| 14 | 5/1/2023 | 3,333.33 | | | 69,999.93 |
| 15 | 6/1/2023 | 3,333.33 | | | 69,999.93 |
| 16 | 7/1/2023 | 3,333.33 | | | 69,999.93 |
| 17 | 8/1/2023 | 3,333.33 | | | 69,999.93 |
| 18 | 9/1/2023 | 3,333.33 | | | 69,999.93 |
| 19 | 10/1/2023 | 3,333.33 | | | 69,999.93 |
| 20 | 11/1/2023 | 3,333.33 | | | 69,999.93 |
| 21 | 12/1/2023 | 3,333.33 | | | 69,999.93 |
| 22 | 1/1/2024 | 3,333.33 | | | 69,999.93 |
| 23 | 2/1/2024 | 3,333.33 | | | 69,999.93 |
| 24 | 3/1/2024 | 3,333.33 | | | 69,999.93 |
| 25 | 4/1/2024 | 3,333.33 | | | 69,999.93 |
| 26 | 5/1/2024 | 3,333.33 | | | 69,999.93 |
| 27 | 6/1/2024 | 3,333.33 | | | 69,999.93 |
| 28 | 7/1/2024 | 3,333.33 | | | 69,999.93 |
| 29 | 8/1/2024 | 3,333.33 | | | 69,999.93 |
| 30 | 9/1/2024 | 3,333.33 | | Remaining Balance | 69,999.93 |